UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-21615 |
| | ) | |
| MEAGHAN AND JEFFREY HEJNA, | ) ) | Chapter 13 |
| Debtors | ) ) | Hon. HOLLIS |

## NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated September 11, 2018, docket #29.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on October 11, 2018.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

**The following parties have been served via regular US Mail:**

Meaghan and Jeffrey Hejna
2380 Cattleman Drive
New Lenox, IL 60451

Illinois Dept. of Healthcare and Family Services/MRU
Bankruptcy Reporting Contact
P.O. Box 19405
Springfield, IL 62794-9405

Illinois Dept. of Healthcare and Family Services
Division of Child Support Enforcement/MRU
509 S. 6th, 4th Floor
Springfield, IL 62701

Corp. America Family
2075 Big Timber Rd.
Elgin, IL 60123

Capital One Auto Finance
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Commerce Bank
P.O. Box 419248
KCREC-10
Kansas City, MO 64141-6248

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

First National Bank of Omaha

1620 Dodge St., Stop Code 3105
Omaha, NE 68197

American Express
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Pacific Union Financial
1603 LBJ Freeway, Ste. 500
Farmers Branch, TX 75234

Portfolio Recovery/Synchrony Bank
P.O. Box 41067
Norfolk, VA 23541

LVNV Funding/Citibank
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Navient Solutions
Dept. of Education
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

PNC Bank
P.O. Box 94982
Cleveland, OH 44101